80 A.3d 377

Darien HOUSER, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 152 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**

80 A.3d 377

Eric X. RAMBERT, Petitioner

v.

Vincent T. MOONEY, Respondent.

No. 150 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**